UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURIE PARKE,

    Plaintiff,

v.                              CASE NO.: 6:23-cv-02221-ACC-EJK

DELTA AIR LINES, INC.,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on January 8, 2026, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        __X_        All individual parties and their respective trial counsel.

        _X__        Designated corporate representatives.

        __X_        Required claims professionals

(b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

(c)   The outcome of the mediation conference was:

   ___   <u>The case has been completely settled.</u> In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

   ____   <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:
_____
_____
_____
_____
_____

   ___   <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation reports will be filed after additional conferences are complete.

   __X__   The parties have reached an impasse.

Done this 8th day of January, 2026 in Clearwater, Florida

/S/Charles N. Castagna, Esq.[1]
Signature of Mediator
Charles N. Castagna, Esq.
P.O. Box 990
Clearwater, Florida 33757-0990
(727) 754-2089

cc:   Counsel of Record and
      Unrepresented Parties

---

[1] I am filing this Mediation Report on behalf of and with the authorization of mediator Charles N. Castagna.

---

MEDIATION REPORT    Page 2
(Attachment to Mediation Order)(Rev. 7/93)