# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LAURIE PARKE,**

    **Plaintiff,**

**v.**                                                         Case No.:  6:23-cv-02221-JSS-EJK

**DELTA AIR LINES INC.,**

    **Defendant.**

_____/

## DELTA'S SUPPLEMENT TO COMPOSITE EXHIIT C AS TO MOTION TO STAY, OR IN THE ALTERNATIVE, RESET DISPOSITIVE MOTION DEADLINE, AND VACATE TRIAL SETTING

Defendant, DELTA AIR LINES INC. ("Delta" or "Defendant"), by and through its undersigned counsel, hereby SUPPLEMENTS Composite Exhibit C to its Motion to Stay, Or In The Alternative, Reset Dispositive Motion Deadline, and Vacate Trial Setting [Doc. 158].  See **Exhibit C** attached.

DATED:  January 9, 2026.                       Respectfully submitted,

                                                            **OGLETREE, DEAKINS, NASH,**
                                                            **SMOAK & STEWART P.C**.

                                                            /s/ *Sarah Keller*
                                                            Sarah J. Kuehnel
                                                            Florida Bar No: 124765
                                                            Sarah G. Keller
                                                            Florida Bar No. 1025439
                                                            100 North Tampa Street, Suite 3600
                                                            Tampa, Florida 33602
                                                            Telephone:  (813) 289-1247
                                                            Facsimile:   (813) 289-6530
                                                            sarah.kuehnel@ogletree.com
                                                            sarah.keller@ogletree.com
                                                            tamdocketing@ogletree.com
                                                            *Attorneys for Delta Air Lines Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2026, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and will serve an electronic copy on the following counsel of record:

Belinda Gail Noah
Law Offices of Dr. Belinda Gail Quarterman Noah
10144 Whisper Pointe Drive,
Tampa, Florida 33647
Bnoah24@yahoo.com.sg
noahlawfirm@yahoo.com
*Attorneys for Plaintiff*

/s/ **Sarah Keller**
Attorney