---

**From:** Biyogue, Jennifer
**Sent:** Wednesday, April 27, 2022 2:44 PM
**To:** Reyes, Hannah; Garrett, Patrick P
**Subject:** FW: Flight 709/ 19APR22 / BOS-DTW

FO's statement. Thank you.

**Please report your injuries to Sedgwick – [redacted] DELTA and document in SRS within 24 hrs.**



Warm Regards,

Jennifer Biyogue
Delta Air Lines, Inc.
Senior Base Manager, (MCO) In-Flight Service
Office: [redacted]-5370|Mobile: [redacted]-9617
Jennifer.Biyogue[redacted]

---

**From:** Biyogue, Jennifer
**Sent:** Wednesday, April 27, 2022 2:34 PM
**To:** Perrin, Michael G <michael.[redacted]
**Cc:** Rydstrand, Claudine J <Claudine.J.Rydstrand[redacted]; Ketterling, Kali M <kali.ketterling[redacted]
**Subject:** RE: Flight 709/ 19APR22 / BOS-DTW

Thank you Michael for sending FO Pynch's statement.

**Please report your injuries to Sedgwick – [redacted]. DELTA and document in SRS within 24 hrs.**



Warm Regards,

Jennifer Biyogue
Delta Air Lines, Inc.
Senior Base Manager, (MCO) In-Flight Service
Office: [redacted]-5370|Mobile[redacted]9617
Jennifer.Biyogue[redacted]

---

**From:** Perrin, Michael G <michael.perrin[redacted]
**Sent:** Wednesday, April 27, 2022 2:27 PM
**To:** Biyogue, Jennifer <Jennifer.Biyogue[redacted]
**Cc:** Rydstrand, Claudine J <Claudine.J.Rydstrand[redacted]>; Ketterling, Kali M <kali.ketterling[redacted]
**Subject:** RE: Flight 709/ 19APR22 / BOS-DTW

Jennifer,

Here is the correct FO statement that you need.

Regards,

*Mike*

Michael Perrin | Regional Director /Chief Pilot | Detroit Flight Ops | o: Redacted-6800 c: Redacted-7900
DELTA

Good morning,

My name is Charles Pynch and my employee number is 050423. I was received a voicemail from Kevin Kowalczyk on Friday April 22. I returned the call yesterday and was asked to write a report for my flight on April 18, 2022.

The flight was 709 from Boston to Detroit. The captain myself and all 4 flight attendants were starting at the hotel and shared the van to the airport. We got to the airport and I split from the others as I had mistakenly left my ipad on the previous flight and was working with operations to retrieve it. I made my way to the gate just as everyone was heading down the jet bridge. I started my preflight duties in the flight deck and then headed outside to do a walk around. I returned and continued to prepare for our flight. We had several visitors to the flight deck for jump seat requests and a NOTOC and then someone came up who I believed was the in flight supervisor at Boston. He told the captain that there was an issue with one of the flight attendants not wearing her mask. The captain was talking with the supervisor about what we were going to do. The supervisor told us he was working with the gate agent and others to come up with a solution and we went back to doing our preflight duties.

We ended up pushing off the gate after coordination with the gate agent and supervisor confirming that everyone was comfortable with us leaving. When we finished our push and after start procedures we asked ramp to taxi out. Ramp instructed us to coordinate with operations for a return to gate. We were under the impression that the flight attendant would be removed from the flight. We thought it odd that this decision was made shortly after our push when we could have done this while still at the gate. After pulling into the gate the captain talked with the gate agent who told us in fact the flight attendant would stay on the flight. This was slightly confusing to us because we were told to return to the gate. We accomplished some checklists to make sure we didn't miss anything during this irregular return and then checked in with the flight attendants and pushed off the gate again. We flew to Detroit and about halfway through our flight we got an ACARS message for a flight attendant reroute which we relayed to the flight attendant. We landed in Detroit and continued on to our next flight.

There were no other incidents on the flight. I did not notice any of our flight attendants not following mask policies. There were times masks were removed for eating or drinking. I was also in the flight deck for the majority of the time so it would be difficult for me to notice. The flight attendants were discussing mask issues during the short van ride but that seemed normal to me and happens regularly.

Please let me know if I can be of any other assistance.

Charles Pynch

---

**From:** Biyogue, Jennifer <Jennifer.BiyogueRedacted
**Sent:** Saturday, April 23, 2022 6:57 PM
**To:** Perrin, Michael G <michael.perrinRedacted
**Cc:** Rydstrand, Claudine J <Claudine.J.RydstrandRedacted
**Subject:** Re: Flight 709/ 19APR22 / BOS-DTW

Hello Michael,
Thank you for this information. This flight was from BOS-DTW and not CDG. Thank you.

JB

Sent from my iPhone

On Apr 23, 2022, at 6:49 PM, Perrin, Michael G <michael.perrin[redacted]> wrote:

Here is the FO statement.

Mike

Michael Perrin | Regional Director and Chief Pilot | Detroit Flight Ops | o: [redacted]-6800 c: [redacted] 7900

As we discussed, here is my recollection of the event as told to me by those involved. I did not personally witness anything happening in the cabin. And I don't recall the names of the flight attendants but you should have that I'm sure.

During cruise, FA 1 came to the cockpit to "tell us what's going on in the back". She proceeded to tell us how she was bumped in the head in the course of her duties on the water cart during service. I believe she said it was the drawer that somehow bumped her in the head, and that the other FA had been rough handling the cart as a contributing factor. We listened, asked if she was okay now or needed anything. She was sure she could continue to perform her job and didn't need anything from us but that she just wanted us to know what happened. We agreed she should file her report, and avoid working with that other FA for the rest of flight if possible and she said that was the plan moving forward. Later, the other FA involved came forward to tell his version of the event. He only commented that he had no idea she was bumped during service and thought all was normal during that time period.

Nothing further happened from our perspective, landed Paris and went to the hotel on a very long bus ride as is normal.

Stephen Bohlander
Dtw330FO

On Apr 22, 2022, at 8:07 PM, Perrin, Michael G <michael.perrin[redacted] wrote:

Jennifer,

The Captain did not hear any of the announcements.

Mike

Michael Perrin | Regional Director and Chief Pilot | Detroit Flight Ops | o: [redacted]-6800 c: [redacted]-7900

On Apr 22, 2022, at 6:19 PM, Biyogue, Jennifer <Jennifer.Biyogue[redacted] wrote:

Michael,
Thank you for the below statement. Can you please probe both the Captain and FO on announcements they may have witnessed? Below are customer responses specific to the incident of the flight that transpired, outlining inappropriate announcements made by the said flight attendant. Thank you for you support and follow up with this. Let me know if you have any questions. Take care.
JB

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 04/18/2022 | BOS | DTW | 709 | 04/ |

[NPD] LTR Comment

The flight left nearly an hour late because of a fligh
specifically chosen to not have leave my side beca
the overhead bins where I could have stored it. All
evening and, now, morning during my work trip.

[NPD] Service Failure Comment

See initial comments.

| | | | | | |
|---|---|---|---|---|---|
| ✓ | 04/18/2022 | BOS | DTW | 709 | 04/ |

[NPD] Service Failure Comment

Flight attendant at BOS refused to wear a mask, c
yelled that we were not true Americans when we 
Arrived in SFO a few minutes late and had to wait

| | | | | | |
|---|---|---|---|---|---|
| ☐ | 04/18/2022 | BOS | DTW | 709 | 04/ |

[NPD] LTR Comment

On flight 709 yesterday (Bo to Detroit) flight atter
left the gate, we had to return because of the "issu
passengers complained she said they were "sheep

Sent from my iPhone

On Apr 22, 2022, at 1:59 PM, Perrin, Michael G
<michael.perrin[redacted] wrote:

Official CA statement

Michael Perrin | Regional Director and Chief
Pilot | Detroit Flight Ops | o:[redacted]-6800 c:[redacted]
7900

On the van headed to BOS airport FA was talking about frustrations with mask and the judge in Florida over turned the mandate. She seemed just tired of the whole thing. I sympathized with her because masks were getting old and having to police masks must be very frustrating.

We get to airport and everyone put on masks to enter airport except her. I did not question her at this point because I didn't think it was going to be an issue. She went to the gate and checked in to gate agent and still no mask. My thoughts were she was going to have it on for boarding because lately flight crews where not wearing masks outside of the view of pax but when boarding starts everyone masks up.

I went into plane and did my preflight duties. I did assume that she was going to mask up for boarding. It didn't really cross my mind because our previous conversation was about how tired she was forcing people to where masks but never mentioned she was refusing to wear one.

The ALA came up for a NOTOC and we were close to finish boarding. (She told me he took her picture. I have no idea). 1 red coat comes up and says did you know your FA is not wearing a mask? I said OK and she went back to talking with FA. I was not planning on getting involved since it looked like it was being handled. A second red coat came up and said we may be deplaning. Again I stayed in my seat because it was being handled especially when I saw that a inflight supervisor was there. I said something to the nature of just let me know how I can help and I will do whatever you need me to do.

Things seems to be calming down as I looked back and saw the FA with her mask on. They ended up closing the door to let us push. I asked our FA if she was OK to go because she was crying or on the verge of crying. She said she would be fine so we decided to push.

After pushback and engine start Ramp told us to call ops. After some time ops told us to come back to gate which we did. She seemed fine and expecting this when I called back to tell her. She said she was making a PA but I made one explaining we were going back to

gate. I was vague as possible but it seems the whole plane knew what was going on.

Once at gate we disarmed doors and jetway pulled up but door was not opened. Red coat knocked on window so I opened and talked. She said something like we have decided to let you guys go because we have no replacement for her.

We pushed a second time. After start got ACARS stating corporate security said she needs to be in compliance to leave. I responded when cockpit door closed she had mask on. Heard nothing back so we proceeded to takeoff and head to Detroit.

Deplaning in Detroit she had her mask on until plane was empty and she went off with inflight supervisors that had met her.

As we were deplaning is when Delta announced mask as optional.

Personal side note and opinion. Throughout my interaction with her she seemed to be a nice woman but just overwhelmed and frustrated with the mask situation. I didn't get a sense of anger or spite towards anyone. She just had enough and complained that lately she thought it was affecting her health in a negative way. She seemed to treat the customers very well because while deplaning most customers where very happy and not upset about the slight delay. I did not have any involvement when the 2 red coats and inflight sup were there talking to her so I don't know her behavior for that interaction. I purposely tried to let the others handle the situation because we were going to fly to Detroit I wanted her to be comfortable with me just in case we had to work an emergency together. I didn't want any hard feelings to get in the way of us performing safety of flight.

Thank you and feel free to contact me if you have any more questions.

Mark Glaser

On Apr 22, 2022, at 12:27 PM, Perrin, Michael G <michael.perrin[redacted]> wrote:

Here's the first one.

Michael Perrin | Regional Director and Chief Pilot | Detroit Flight Ops | o: [redacted]-6800 c: [redacted]-7900

Mike-

I spoke to Mark Glaser, the CA on DL709. He is on rotation now, but will follow up with an email here shortly. He isn't interested in ALPA review it, so there shouldn't be much delay.

- FA on the rotation was being defiant about the mask policy.

- Mark had her calmed down and wearing a mask at the time of the push, but Ops, Red Coat, and corporate security had already been notified of the FA defiance.